UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donna Bulris, )
)
Plaintiff, )
)
v. )    Civil Action No.    13 - 910 (UNA)
)
United States *et al.*, )
)
Defendants. )
)
_____ )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff has submitted what can only be described as a 56-page narrative that is impossible to follow with hundreds of pages of attachments that are not clearly related to whatever claims may be raised in the narrative. She purports to sue the United States "and/or" N. Rowell or New York State for "manslaughter . . . kidnapping or child stealing, [theft,] fraud, [and] malpractice." Compl. at 1. Since the "Complaint" fails to provide any notice of a claim and a basis for federal court jurisdiction, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: June 13th, 2013